**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| WILLIAM MEDOF AND ALLISON MEDOF,<br><br>Plaintiffs,<br><br>v.<br><br>CHUBB NATIONAL INSURANCE COMPANY D/B/A CHUBB INDEMNITY INSURANCE COMPANY,<br><br>Defendant. | ) | CIVIL ACTION FILE NO.<br><br>______________________ |

**NOTICE OF REMOVAL**

COMES NOW Chubb National Insurance Company ("Chubb"), incorrectly named as Chubb National Insurance Company d/b/a Chubb Indemnity Insurance Company, by and through its undersigned counsel, and files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, showing this Court as follows:

1.

Chubb is a defendant in a civil action filed in the Superior Court of Gwinnett County, State of Georgia, Civil Action File Number 24-A-07271-8. This Notice of Removal is filed with the United States District Court for the Northern District of

Georgia, Atlanta Division, within thirty (30) days of service upon Chubb of the initial pleading.

2.

Chubb attaches hereto as Exhibit "A" a true and correct copy of all of the process, pleadings (as defined by Federal Rule of Civil Procedure 7), and orders served on Chubb in this action to date, as required by 28 U.S.C. § 1446(a).

3.

The United States District Court for the Northern District of Georgia, Atlanta Division, is the district court having jurisdiction over the place where the state action is pending pursuant to 28 U.S.C. § 90(a)(2).

4.

A copy of this Notice of Removal has been filed with the Clerk of the Superior Court of Gwinnett County, State of Georgia, as required by 28 U.S.C. § 1446(d).

**DIVERSITY OF JURISDICTION**

5.

Removal in this case is proper pursuant to 28 U.S.C. § 1332(a)(1).

6.

Plaintiffs William Medof and Allison Medof (the "Medofs") are citizens of the state of Georgia.

7.

Defendant Chubb is a foreign corporation organized and existing under the laws of Indiana with its principal place of business in New Jersey. Therefore, Chubb is a citizen of Indiana and New Jersey.

8.

This controversy is, therefore, between citizens of different states pursuant to 28 U.S.C. §§ 1332(a)(1) and 1332(c)(1).

9.

In their complaint, the Medofs allege that Chubb improperly rejected their written demand for $82,449.83 less previous payments and the applicable deductible. (Complaint, ¶ 19). There were no previous payments and the deductible was $5,000. (*Id.*, ¶ 7). Therefore, the Medofs' demand was for $77,449.83 ($82,449.83 - $5,000.00 = $77,449.83).

10.

The amount in controversy therefore exceeds the sum or value of $75,000.00, exclusive of interest and costs pursuant to 28 U.S.C. § 1332(a).

11.

**WHEREFORE**, Defendant Chubb prays that this Notice of Removal be filed and this action be removed to proceed in this Court and that no further proceedings be had in the Superior Court of Gwinnett County.

This 20th day of September, 2024.

*/s/ Alycen A. Moss*
Alycen A. Moss
Georgia Bar No. 002598
Elliot Kerzner
Georgia Bar No. 225221
Cozen O'Connor
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone: (404) 572-2052
Facsimile: (877) 728-1396
E-mail: amoss@cozen.com
E-mail: ekerzner@cozen.com

*Counsel for Defendant Chubb National Insurance Company d/b/a Chubb Indemnity Insurance Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| WILLIAM MEDOF AND ALLISON MEDOF, | ) | |
| Plaintiffs, | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | ______________________ |
| CHUBB NATIONAL INSURANCE COMPANY D/B/A CHUBB INDEMNITY INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2024, I electronically filed the foregoing ***Notice of Removal*** with the Clerk of Court using the CM/ECF system. A copy of this filing is also being served upon all counsel by placing a true and correct copy in the United States Mail, addressed as follows:

Michael D. Turner
Foster L. Peebles
The Huggins Law Firm, LLC
110 Norcross Street
Roswell, Georgia 30075

*/s/ Alycen A. Moss*
Alycen A. Moss
Georgia Bar No. 002598