E-FILED IN OFFICE - YS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
24-A-07271-8
8/15/2024 1:53 PM
TIANA P. GARNER, CLERK

**IN THE SUPERIOR COURT OF GWINNETT COUNTY**

**STATE OF GEORGIA**

**William Medof and Allison Medof**
4715 Cambridge Approach Circle
Roswell, GA 30075

**PLAINTIFF**

**VS**

**CIVIL ACTION NUMBER**: 24-A-07271-8

**Chubb National Insurance Company**
**d/b/a Chubb Indemnity Insurance Company**
**RA: Corporation Service Company**
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

**DEFENDANT**

---

**SUMMONS**

---

**TO THE ABOVE-NAMED DEFENDANT**:

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**Foster L. Peebles**
**Attorney For the Plaintiff**
**THE HUGGINS LAW FIRM, LLC**
**110 Norcross Street**
**Roswell, GA 30075**
**(770) 913-6229**
fpeebles@lawhuggins.com

an Answer to the Complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

15th day of August, 2024

This __________ day of ____________, 2024.

Tiana P. Garner,
Clerk of Superior Court

BY: Yvonne Scott
Deputy Clerk

E-FILED IN OFFICE - YS
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
24-A-07271-8
8/15/2024 1:53 PM
TIANA P. GARNER, CLERK

**IN THE SUPERIOR COURT OF GWINNETT COUNTY**

**STATE OF GEORGIA**

| | | |
|---|---|---|
| **WILLIAM MEDOF and ALLISON MEDOF,** **Plaintiff,** | ) | |
| **v.** | ) | **CIVIL ACTION FILE NO.:** 24-A-07271-8 |
| **CHUBB NATIONAL INSURANCE COMPANY D/B/A CHUBB INDEMNITY INSURANCE COMPANY,** **a foreign corporation,** | ) | |
| **Defendant.** | ) | |

**COMPLAINT**

**COMES NOW** Plaintiffs **William Medof and Allison Medof**, by and through the undersigned counsel, and files this Complaint for breach of first party property insurance contract and bad faith denial of insurance coverage against Defendant, **Chubb National Insurance Company**, and in support hereof, states as follows:

**PARTIES**

1.

Plaintiffs are adult resident citizens of Fulton County, Georgia.

2.

Upon information and belief, Defendant is a foreign insurance company, registered to transact business in, and in fact transacts business in, the State of Georgia. Defendant is in the business of insuring risks and properties located throughout the United States, including Georgia. Defendant maintains an office at 289 S. Culver St., Lawrenceville, GA 30046, where it may be served with process through its registered agent, C T Corporation System, as identified by the state of Georgia Secretary of State registry.

## JURISDICTION AND VENUE

3.

This Court has subject matter jurisdiction over this action for breach of contract and bad faith denial of an insurance claim because the breached contract was entered into, and concerned property in, the state of Georgia and the amount in controversy exceeds $15,000.00. This Court has personal jurisdiction over Defendant because Defendant is transacting business and insuring properties in the state of Georgia and has appointed a registered agent for service of process in Georgia pursuant to O.C.G.A. § 33-4-1 and O.C.G.A. § 33-4-4.

4.

Venue is proper in this Court because Defendant has a registered agent doing business in Gwinnett County pursuant to O.C.G.A. § 33-4-1, O.C.G.A. § 33-4-4.

5.

In addition, by virtue of the express terms of the insurance policy at issue, Defendant has consented to jurisdiction and venue of this Court.

## THE POLICY

6.

Prior to July 20, 2023, and in consideration of the premiums paid to Defendant by the Plaintiffs, Defendant issued a policy with Policy No. 14895096 (the "Policy"). A true and accurate copy of the Policy renewal is attached hereto as Exhibit "A."

7.

The Policy provides numerous coverages for the real and personal property located at 4715 Cambridge Approach Circle, Roswell, GA 30075 (the "Insured Property," "Property," or the

"home"). The Policy likewise insures against loss due to Wind and Hail, subject to a deductible of $5,000.00 per occurrence. (*See* Ex. A).

8.

The Policy is an all-perils policy providing coverage for sudden and accidental direct physical loss to the dwelling, other structures, and personal property. The Policy covers property repairs and personal property on a full replacement cost basis. (*See* Ex. A).

9.

The Policy covers various types of expenses, including reasonable and necessary costs incurred for temporary repairs to protect covered property from further imminent covered loss and additional living expenses. (*See* Ex. A).

**SUDDEN AND ACCIDENTAL DAMAGE TO THE INSURED PROPERTY**

10.

On or about July 20, 2023, the above-referenced property suffered damage from a sudden and accidental direct physical Loss resulting from Wind and Hail (the "Loss"). The Policy was in effect at the time of the Loss.

11.

Plaintiffs promptly and timely notified Defendant of the damage to the Property resulting from the Loss and made a claim pursuant to the Policy. As a result, Defendant assigned Latasha Lane, an adjuster ("Adjuster" or "Ms. Lane") to investigate Plaintiffs' claim for sudden and accidental direct physical loss. Ms. Lane was authorized as Defendant's representative and agent for purposes of the claim.

12.

At all times, Plaintiffs made themselves and the Property available to, and fully cooperated with, the Defendant and its representative and agent to inspect and investigate the damages caused by the loss.

13.

Defendant, through Ms. Lane, is believed to have performed a site inspection of the Property.

14.

Defendant incurred the duty of acting with due diligence in achieving a proper disposition of the Plaintiffs' claim when it undertook the handling of the claim.

15.

Defendant grossly underestimated the scope of loss suffered by the Plaintiffs as a result of the Loss, and failed to properly indemnify the Plaintiffs. Defendant claimed they found no wind or hail damage during their inspection, and denied Plaintiffs' claim for indemnification. A true and accurate copy of the November 14, 2023 correspondence is attached as Exhibit "B."

16.

As a result of Defendant's gross underestimation, Plaintiffs requested multiple times that Defendant reconsider its position regarding Defendant's estimate. Defendant refused to comply with the Plaintiffs' requests and continued to frivolously and baselessly deny any additional payment on Plaintiffs' claim. Furthermore, the Defendant continued to ignore the opinions of the Plaintiffs' experts as to the extent of damage and the amount it will cost the Plaintiffs' to be properly indemnified for the Loss.

17.

Plaintiffs made repeated requests for payment of the claim, including a written demand sent to Defendant on May 15, 2024. A true and accurate copy of the written demand is attached hereto as Exhibit "C."

18.

The Plaintiffs' May 15, 2024, correspondence (Ex. C) to Defendant was a letter of representation from Plaintiffs' counsel and a formal 60-Day demand, pursuant to the guidelines set forth in O.C.G.A. §33-4-6.

19.

Despite Plaintiffs' demand for $82,449.83 less previous payments and the applicable deductible, Defendant continued to deny Plaintiffs' claim.

20.

Defendant did not act fairly or honestly toward the Plaintiffs, or with due regard to the Plaintiffs' claim and interests, when Defendant, under all circumstances articulated herein, failed to indemnify the Plaintiffs for their damages in direct breach of the terms and conditions of the Policy.

21.

Plaintiffs have fulfilled all conditions precedent and contractual obligations under the Policy prior to this lawsuit, or the same were waived.

22.

There exists a genuine, justifiable controversy between the Plaintiffs and the Defendant as to whether Defendant is responsible for further indemnification owed to the Plaintiffs as a result of the Loss. Plaintiffs have exhausted every reasonable means possible to resolve this dispute with

the Defendant. With no other option, Plaintiffs were constrained to hire legal counsel, incur additional expenses, and file this lawsuit.

23.

Plaintiffs have suffered loss under the Policy in an amount to be determined at trial.

**COUNT I: BREACH OF CONTRACT**

24.

Plaintiffs hereby adopt, re-allege, and incorporate their allegations set forth in Paragraphs 1-23 of this Complaint as if fully set forth herein.

25.

Plaintiffs have performed all conditions precedent to the Defendant's obligation to perform under the Policy including, without limitation, the timely payment of premiums, timely notice of the claim, and post loss obligations, or the Defendant has waived any and all other conditions.

26.

Under the terms of the Policy, Defendant is required to fully indemnify the Plaintiffs for the damages sustained from the Loss.

27.

Despite Plaintiffs' timely written demand, Defendant failed to provide full indemnification to the Plaintiffs under the terms of the Policy.

28.

Defendant failed to act in good faith and fair dealing under the terms of the Policy by refusing to properly investigate and fully indemnify the Plaintiffs according to the terms of the Policy.

29.

The Plaintiffs suffered damages as a direct result of Defendant's failure to indemnify the Plaintiffs for their loss.

30.

All foregoing conduct constitutes a breach of contract that has resulted in damages to the Plaintiffs.

31.

**WHEREFORE,** Plaintiffs pray for this Court to enter an award in Plaintiffs' favor of compensatory damages, attorneys' fees, pre- and post-judgment interest, and such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

32.

Plaintiffs request a trial by Jury on all counts of the Complaint.

## PRAYER FOR RELIEF

33.

**WHEREFORE,** Plaintiffs request that after due proceedings are had, all appropriate penalties be assessed against the Defendant and that the Plaintiffs receive any and all damages at law to which they are justly entitled, and thus prays for judgment against the Defendant, as follows:

a. That this Court grant judgment in favor of the Plaintiffs and against Defendant in an amount to be determined at trial for breach of insurance contract.

b. Compensatory damages, including all damages to the Plaintiffs by the Defendant and any resulting expenses.

c. Plaintiffs' consultant and expert fees;

d. Pre- and post-judgment interest in the maximum amount allowed by law;

e. All statutory penalties;

f. Any and all applicable multipliers; and,

g. Any and all other relief that the Court may deem just and proper, whether such relief sounds in law or equity.

Respectfully submitted, this 15th day of August, 2024.

**THE HUGGINS LAW FIRM, LLC**

*/s/ Foster L. Peebles*
Michael D. Turner, Esq.
Georgia Bar No.: 216414
Foster L. Peebles, Esq.
Georgia Bar No.: 410852

*Attorneys for the Plaintiff*

110 Norcross Street
Roswell, GA 30075
(o) (770) 913-6229
(e) mdturner@lawhuggins.com
(e) fpeebles@lawhuggins.com

# EXHIBIT A

Masterpiece®

CHUBB®

**Name and address of Insured:**

WILLIAM MEDOF
ALLISON MEDOF
4715 CAMBRIDGE APPROACH CIR N
ROSWELL, GA 30075

**Policy no:** 14895096-03
**Effective date:** 3/15/24
**Issued by:** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period:** 3/15/24 to 3/15/25

**If you have any questions, please contact:**
SIEGEL INSURANCE INC
2987 CLAIRMONT ROAD #425
ATLANTA, GA 30329
404.633.6332

Dear Valued Client,

On behalf of our entire team, thank you for renewing your protection with Chubb. We're looking forward to continuing to say yes and do more across every step of your experience.

In this mailing, you'll find a copy of your new policy to review. Please review it carefully and if you have any questions, we're here to help. We encourage you to contact your agent or our Customer Care Team at 1.866.324.8222 or customercare@chubb.com with any questions you may have. The team is available from 8 a.m. - 8 p.m. ET Monday - Friday, and 10 a.m. - 3 p.m. ET Saturday.

If you haven't already, don't forget to register for our Client Portal at www.chubb.com/registernow. You can also download our mobile app at the AppStore or on Google Play. With our client portal and mobile app you can take advantage of our online services like viewing your policy, billing or claims information, making a payment, enrolling in autopay, paperless billing, paperless policy and email or text notification services from home or on the go. Be sure to have your policy or billing statement handy to complete the simple registration process.

## About Your Policy

As you take a look at your policy, we've included ways to help you find the information you need faster:

- On your **Coverage Summary,** you'll see who is named as an insured, as well as your insured property, coverage limits, and the deductibles and additional features you've selected.
- The **Table of Contents** will tell you which coverage forms apply to your policy.
- The **Introduction, Policy Terms,** and **Policy Information Notice** also include common insurance terminology with straightforward definitions to make it easier to read your policy.

In each chapter, you'll also find descriptions of the different examples and scenarios your policy is designed to protect, and how your protection applies depending on where you live. You'll also see more detail on your deductibles, how what we pay is decided if you have a claim, and an explanation of any exclusions (i.e., any specific cases that aren't covered under your policy).

*Continued on the next page*

© Chubb.2016. All rights reserved. 

## Getting More from Your Policy

We want to help you get the most out of your protection with Chubb, like taking advantage of potential premium credits or our complimentary services.

Please **review, complete, and mail** the following forms:

- **Wildfire Defense Services Form to Update Contact Information**

Please **review these documents for a detailed overview** of your premium:

- **Premium Summary and Privacy Notice**
- **Premium Discount Summary**

Thank you again for choosing Chubb!

Division President, North America Personal Risk Services

Any questions? We're here to help. Our **Customer Care Team** is just a call away at **1.866.324.8222.** If you have a claim, you can reach our **Claim Service Center** directly at **1.800.252.4670.**

www.chubb.com email: customercare@chubb.com

Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by ACE American Insurance Company and its U.S. based Chubb underwriting company affiliates. All products may not be available in all states. Coverage is subject to the language of the policies as actually issued. Surplus lines insurance sold only through licensed surplus lines producers. Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-1600.

Masterpiece®

CHUBB®

**Name and address of Insured**

WILLIAM MEDOF
ALLISON MEDOF
4715 CAMBRIDGE APPROACH CIR N
ROSWELL, GA 30075

**Premises Location**
4715 CAMBRIDGE APPROACH CIR N
ROSWELL, GA 30075

**Policy no.** 14895096-03
**Issued by**
Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/15/24 to 3/15/25

**If you have any questions, please contact**
SIEGEL INSURANCE INC
2987 CLAIRMONT ROAD #425
ATLANTA, GA 30329
404.633.6332

---

Dear Valued Client:

## *IMPORTANT INFORMATION: PROTECTING YOUR HOME FROM WILDFIRE*

You are enrolled in Chubb Wildfire Defense Services, a complimentary service that can help protect your home from an encroaching wildfire. During a wildfire event, we may need to call or email you to request gate access, ask questions about your property, or communicate with you about specific wildfire threats. **Please review the contact information we have on record for you, which is listed below. If any information has changed, please provide us with the correct information by visiting chubb.com/welcome (login required). From the Benefits & Offers section, select Catastrophe Services, followed by Wildfire Defense. You can also update your information by visiting the Catastrophe Services Center section of the Chubb Mobile App, available from the Apple Store and Google Play.**

**Your current primary contact information:**

| | | |
|---|---|---|
| *Name of Contact: | William Medof | |
| *Relationship to You: | Self | |
| *Phone #1: | (404)723-0501 | Mobile |
| Phone #2: | | |
| Phone #3: | | |
| Email Address: | bmedof@gmail.com | |

☐ **Yes, please update my primary contact with the information I have provided below.**

*New Contact Name: ____________________
*Relationship to You: ____________________
*Phone #1: __________ *Phone Type ______
Phone #2: __________ Phone Type ______
Phone #3: __________ Phone Type ______
Email Address: ____________________

**Your current secondary contact information:**

| | | |
|---|---|---|
| Name of Contact: | Allison Medof | |
| Relationship to You: | Spouse or Partner | |
| Phone #1: | (404)276-1195 | Mobile |
| Phone #2: | | |
| Phone #3: | | |
| Email Address: | alliandbilly@mac.com | |

☐ **Yes, please update my secondary contact with the information I have provided below.**

New Contact Name: ____________________
Relationship to You: ____________________
Phone #1: __________ Phone Type ______
Phone #2: __________ Phone Type ______
Phone #3: __________ Phone Type ______
Email Address: ____________________

*indicates required field

© Chubb.2016. All rights reserved. Form no. Q6600300

Reference Copy

**Your current tertiary contact information:**

Name of Contact:
Relationship to You:
Phone #1:
Phone #2:
Phone #3:
Email Address:

☐ **Yes, please update my tertiary contact with the information I have provided below.**

New Contact Name: ____________________
Relationship to You: ____________________
Phone #1: __________ Phone Type ______
Phone #2: __________ Phone Type ______
Phone #3: __________ Phone Type ______
Email Address: ____________________

**The description you provided of the entrance to your property is as follows:**

☐ **Yes, please update my property description with the information I have provided below. (Limit 100 characters).**

______________________________
______________________________
______________________________

*Mail this completed form to: Chubb Personal Risk Services, P.O. Box 1600, Whitehouse Station, NJ 08889-9977, Attn: Wildfire Defense Services. Or, you can email a digital copy of this completed form to: wildfiredefenseenrollment@chubb.com.*

*Enrollment in Chubb Personal Risk Services Wildfire Defense Services is available to homeowner policies in select states. Visit chubb.com/welcome (login required) to see the latest details regarding availability. Chubb Wildfire Defense Services is not available in all jurisdictions and is not available to condominium, cooperative, townhouse, or renter policyholders and policyholders covered by California Fair Plan Extension policies. Chubb Wildfire Defense Services is also not available to Differences in Conditions (DIC) Platinum Portfolio policyholders. Chubb and its representatives will use their best efforts to provide these services. There may be instances when Chubb will not be able to provide these services. There is no guarantee that these services will prevent damage.*

*Wildfire Defense Services are triggered only when a wildfire is within three miles of a residence, when a civil authority initiates an evacuation order as a result of an approaching wildfire, or when Chubb deems it appropriate to deploy the service because of an encroaching wildfire.*

*© 2016 Chubb is the marketing name used to refer to subsidiaries of Chubb Limited providing insurance and related services. For a list of these subsidiaries, please visit our website at www.chubb.com. Insurance provided by U.S. based Chubb underwriting companies.*

© Chubb.2016. All rights reserved. Form no. Q6600300

Reference Copy

Masterpiece®

CHUBB®

**Premium Summary**
**Renewal**

WILLIAM MEDOF
ALLISON MEDOF
4715 CAMBRIDGE APPROACH CIR N
ROSWELL, GA 30075

**Page** 1
**Effective Date** 3/15/24
**Policy no.** 14895096-03
**Policy period** 3/15/24 to 3/15/25
**Producer name** SIEGEL INSURANCE INC

We are pleased to enclose your Chubb Masterpiece Policy, which includes an annual premium **savings of $1,068** as listed below.

This chart shows at a glance what coverages you have and the related premiums.

| | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT<br>4715 CAMBRIDGE APPROACH CIR N<br>ROSWELL, GA | HOME, CONTENTS, LIABILITY | $ 7,819.00 |
| **Valuable Articles** | JEWELRY | VALUABLE ARTICLES | $ 484.00 |
| **Total Premium** | | | **$ 8,303.00** |

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**Your policy provides the following annual premium credits for the coverages listed below:**

Your homeowners premium was reduced by $1,068 as a result of one or more credits.

**You will receive a separate Personal Insurance Statement that will outline the schedule of premium amounts and the due dates. If an endorsement during the policy period changes the amount of premium due, you will receive a revised Personal Insurance Statement.**

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

© Chubb.2016. All rights reserved. 

Reference Copy

Masterpiece®

CHUBB®

# CHUBB GROUP U.S. PRIVACY NOTICE

| **FACTS** | **WHAT DOES THE CHUBB GROUP DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Insurance companies choose how they share your personal information. Federal and state law gives consumers the right to limit some but not all sharing. Federal and state law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and payment history<br>• insurance claim history and medical information<br>• account transactions and credit scores<br><br>When you are no longer our customer, we continue to share information about you as described in this notice. |
| **How?** | All insurance companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies can share their customers' personal information; the reasons the Chubb Group chooses to share; and whether you can limit this sharing. |

| **Reasons we can share your personal information** | **Does Chubb share?** | **Can you limit this sharing?** |
|---|---|---|
| **For our everyday business purposes** - such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | YES | NO |
| **For our marketing purposes** - to offer our products and services to you | YES | NO |
| **For joint marketing with other financial companies** | YES | NO |
| **For our affiliates' everyday business purposes** - information about your transactions and experiences | YES | NO |
| **For our affiliates' everyday business purposes** - information about your creditworthiness | NO | We don't share |
| **For our affiliates to market to you** | NO | We don't share |
| **For nonaffiliates to market to you** | NO | We don't share |

| **Questions?** | **Call 1-800-258-2930 or go to** https://www2.Chubb.com/us-en/privacy.aspx |
|---|---|

© Chubb 2016. All rights reserved. Form no. 0799999 (Rev. 10-16)

Reference Copy

| | |
|---|---|
| **Who is providing this notice?** | The Chubb Group. A list of these companies is located at the end of this document. |
| **What we do** | |
| **How does Chubb Group protect my personal information?** | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings.<br><br>We restrict access to personal information to our employees, affiliates' employees, or others who need to know that information to service the account or to conduct our normal business operations. |
| **How does Chubb Group collect my personal information?** | We collect your personal information, for example, when you<br>• apply for insurance or pay insurance premiums<br>• file an insurance claim or provide account information<br>• give us your contact information<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| **Why can't I limit all sharing?** | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes - information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more on your rights under state law. |
| **Definitions** | |
| **Affiliates** | Companies related by common ownership or control. They can be financial and nonfinancial companies.<br>• Our affiliates include those with a Chubb name and other companies, such as Westchester Fire Insurance Company and Great Northern Insurance Company. |
| **Nonaffiliates** | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• Chubb does not share nonaffiliates so they can market to you. |
| **Joint Marketing** | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• Our joint marketing partners include categories of companies such as banks. |



Reference Copy

CHUBB



## Other important information

**For Insurance Customers in AZ, CA, CT, GA, IL, MA, ME, MN, MT, NV, NC, NJ, OH, OR, and VA only:** Under state law, under certain circumstances, you have the right to see the personal information about you that we have on file. To see your information, write Chubb Group Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. Chubb may charge a reasonable fee to cover the costs of providing this information. If you think any of the information is not accurate, you may write us. We will let you know what actions we take. If you do not agree with our actions, you may send us a statement. If you want a full description of privacy rights that we will protect in accordance with the law in your home state, please contact us and we will provide it. We may disclose information to certain third parties, such as law enforcement officers, without your permission.

**For Nevada residents only:** We may contact our existing customers by telephone to offer additional insurance products that we believe may be of interest to you. Under state law, you have the right to opt out of these calls by adding your name to our internal do-not-call list. To opt out of these calls, or for more information about your opt out rights, please contact our customer service department. You can reach us by calling 1-800-258-2930, emailing us at privacyinquiries@Chubb.com, or writing to Chubb Group, Attention: Privacy Inquiries, 202 Hall's Mill Road, P.O. Box 1600, Whitehouse Station, NJ 08889-1600. You are being provided this notice under Nevada state law. In addition to contacting Chubb, Nevada residents can contact the Nevada Attorney General for more information about your opt out rights by calling 775-684-1100, emailing bcpinfo@ag.state.nv.us, or by writing to: Office of the Attorney General, Nevada Department of Justice, Bureau of Consumer Protection: 100 North Carson Street, Carson City, NV 89701.

**For Vermont residents only:** Under state law, we will not share information about your creditworthiness within our corporate family except with your authorization or consent, but we may share information about our transactions or experiences with you within our corporate family without your consent.

## Chubb Group Companies Providing This Notice

This notice is being provided by the following Chubb Group companies to their customers located in the United States: ACE American Insurance Company, ACE Capital Title Reinsurance Company, ACE Fire Underwriters Insurance Company, ACE Insurance Company of the Midwest, ACE Life Insurance Company, ACE Property and Casualty Insurance Company, Agri General Insurance Company, Atlantic Employers Insurance Company, Bankers Standard Fire and Marine Company, Bankers Standard Insurance Company, Century Indemnity Company, Chubb Custom Insurance Company, Chubb Indemnity Insurance Company, Chubb Insurance Company of New Jersey, Chubb Lloyds Insurance Company of Texas, Chubb National Insurance Company, Executive Risk Indemnity Inc., Executive Risk Specialty Insurance Company, Federal Insurance Company, Great Northern Insurance Company, Illinois Union Insurance Company, Indemnity Insurance Company of North America, Insurance Company of North America, Pacific Employers Insurance Company, Pacific Indemnity Company, Penn Millers Insurance Company, Texas Pacific Indemnity Company, Vigilant Insurance Company, Westchester Fire Insurance Company and Westchester Surplus Lines Insurance Company.

© Chubb 2016. All rights reserved. 

Reference Copy

Masterpiece®

***Premium Discount Summary***

CHUBB®

**Name and address of Insured:**

WILLIAM MEDOF
ALLISON MEDOF
4715 CAMBRIDGE APPROACH CIR N
ROSWELL, GA 30075

**Page:** 1
**Policy no:** 14895096-03
**Policy period:** 3/15/24 to 3/15/25

---

We know that you've worked hard for what you own and want to protect it. We also know that saving money is important to you. You can take advantage of a variety of discounts offered by Chubb. Below is a list of some of the discounts you're already receiving.

**You have the power to reduce your premiums.**
Your insurance cost could have been **$9,371** but you took action and received **$1,068** in discounts. Your premium was reduced to $8,303.

---

## Overview

## Your Discount

---

**Homes and Contents**

That's a homeowner savings of **$1,068.**

House at:
4715 CAMBRIDGE APPROACH CIR N, ROSWELL, GA

- 10% because this location meets superior building codes
- 5% because you also insure your valuable articles with Chubb
- 6.6% for being a long-time customer combined with your loss history
- 3% for having a windstorm resistant hip shaped roof
- A reduction for having a burglar alarm that meets our criteria
- A reduction for having a fire alarm that meets our criteria

---

Please note: This document may not reflect all of the discounts you are receiving on your Chubb insurance policy. To review all of the discounts available from Chubb, please contact your agent or broker, as he or she is always your best source of information and advice.

© Chubb.2016. All rights reserved. Form no. Q9300000

Reference Copy

Masterpiece®

CHUBB®

**Name and address of Insured**
WILLIAM MEDOF
ALLISON MEDOF
4715 CAMBRIDGE APPROACH CIR N
ROSWELL, GA 30075

**Effective Date** 3/15/24
**Policy no.** 14895096-03
**Issued by** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/15/24 to 3/15/25

**If you have any questions, please contact**
SIEGEL INSURANCE INC
2987 CLAIRMONT ROAD #425
ATLANTA, GA 30329
404.633.6332

## IMPORTANT NOTICE

All of the members of the Chubb Group of Insurance companies doing business in the United States (hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers"). Detailed information regarding the types of compensation paid by Chubb to producers on US insurance transactions is available under the Producer Compensation link located at the bottom of the page at www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

© Chubb.2016. All rights reserved. Form no. Q6600020

Reference Copy

Masterpiece®

CHUBB®

***Coverage Summary***
***Renewal***

**Name and address of Insured**

WILLIAM MEDOF
ALLISON MEDOF
4715 CAMBRIDGE APPROACH CIR N
ROSWELL, GA 30075

**Page** 1
**Effective date** 3/15/24
**Policy no.** 14895096-03
**Issued by** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/15/24 to 3/15/25

**If you have any questions, please contact**
SIEGEL INSURANCE INC
2987 CLAIRMONT ROAD #425
ATLANTA, GA 30329
404.633.6332

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## *Homes and Contents*

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT<br>4715 CAMBRIDGE APPROACH CIR N<br>ROSWELL, GA | $2,494,000<br>DELUXE COVERAGE<br><br>EXTENDED<br>REPLACEMENT COST | $1,247,000<br>DELUXE COVERAGE<br><br>REPLACEMENT COST |

For the following location(s), the base deductible(s) shown in the chart below apply(ies) to each occurrence. For covered losses that are greater than the amount shown in the chart below, the base deductible will be waived. If a loss is subject to a special deductible(s), as described in this Coverage Summary or in the policy, the special deductible(s) will apply in lieu of the base deductible, and will not be waived.

| For your location(s) | Base deductible | Base deductible Waived for losses greater than: |
|---|---|---|
| HOUSE AT<br>4715 CAMBRIDGE<br>APPROACH CIR N<br>ROSWELL, GA | $5,000 | $50,000 |

### Additional coverages or conditions

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 4715 CAMBRIDGE APPROACH CIR N, ROSWELL, GA. To increase the amount of coverage for mold remediation expenses, you must contact your agent or broker shown at the top of this Coverage Summary prior to the effective date of this renewal. The request will be subject to underwriting acceptance.

© Chubb.2016. All rights reserved. 

Reference Copy

***Coverage Summary***
***Renewal***

**Page** 2
**Effective date** 3/15/24
**Policy no.** 14895096-03
**Name** WILLIAM MEDOF
ALLISON MEDOF

## *Homes and Contents*
(Continued)

**Other permanent structures**
You have up to $249,400 of Other permanent structures coverage for your residence at 4715 CAMBRIDGE APPROACH CIR N, ROSWELL, GA.

The first paragraph of **Extended replacement cost** payment basis in Deluxe House Coverage is deleted and replaced with the following for this location: **Extended replacement cost.** If the payment basis is extended replacement cost, and the loss is to your house, we will pay the reconstruction cost even if the amount is greater than the amount of coverage for your house as shown in the Coverage Summary. If the reconstruction cost of other permanent structures exceeds the amount of coverage for other permanent structures as shown in the Coverage Summary, we will pay up to 25% more than this amount of coverage, if necessary, for the reconstruction cost.

## *Valuable Articles*

This policy provides you with coverage against physical loss if your valuable articles are lost, damaged, or destroyed. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

### Blanket coverage

We will pay up to the amount shown in the following chart for each category of valuable articles. However, the most we will pay for any one article is the blanket limit per item shown for that category.

### Itemized articles

The amount of coverage for your valuable articles is shown in the following chart. A list of your itemized valuable articles, and the specific coverage amounts, can be found at the end of the Coverage Summary.

| Class | Amount of blanket coverage | Blanket limit per item | Amount of itemized coverage |
|---|---|---|---|
| JEWELRY | NO COVERAGE | NO COVERAGE | $ 31,908 |

**There is no deductible for this coverage.**

© Chubb.2016. All rights reserved.

***Coverage Summary***
***Renewal***

CHUBB®

**Page** 3
**Effective date** 3/15/24
**Policy no.** 14895096-03
**Name** WILLIAM MEDOF
ALLISON MEDOF

## *Cyber Protection Coverage*

Your policy provides you with Cyber Protection Coverage. Cyber Protection Coverage is composed of Cyber Extortion Coverage, Cyber Financial Loss Coverage, and Cyber Personal Protection Coverage. The coverages provided under Cyber Protection Coverage are explained in detail in the policy.

Following are your amounts of coverage for Cyber Protection Coverage:

| Maximum amount of coverage per policy period for: | | | |
|---|---|---|---|
| **Cyber extortion coverage** | **Cyber financial loss coverage** | **Cyber personal protection coverage** | **Maximum aggregate amount of coverage per policy period for Cyber Protection Coverage for all covered occurrences** |
| $5,000 | $25,000 | $25,000 | $25,000 |

## *Liability*

Amount of liability coverage: **$500,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| | | |
|---|---|---|
| **Home** | HOUSE AT<br>4715 CAMBRIDGE APPROACH CIR N<br>ROSWELL, GA | PERSONAL LIABILITY |

© Chubb.2016. All rights reserved. 

Reference Copy

***Coverage Summary***
***Renewal***

**Page** 4
**Effective date** 3/15/24
**Policy no.** 14895096-03
**Name** WILLIAM MEDOF
ALLISON MEDOF

As the duly authorized representative of the company my signature validates this policy.

Paul N. Morrissette
Authorized representative

© Chubb.2016. All rights reserved. Form no. Q0802000

Reference Copy

Masterpiece®

CHUBB®

**Itemized Articles**

**Name and address of insured**

WILLIAM MEDOF
ALLISON MEDOF
4715 CAMBRIDGE APPROACH CIR N
ROSWELL, GA 30075

**Page** 1
**Effective date** 3/15/24
**Policy no.** 14895096-03
**Issued by** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/15/24 to 3/15/25

**If you have any questions, please contact**
SIEGEL INSURANCE INC
2987 CLAIRMONT ROAD #425
ATLANTA, GA 30329
404.633.6332

| Class | No. | Description | Value |
|---|---|---|---|
| **Jewelry** | 1 | LADIES PLAT ENG RING 1 PRONG SET EMERALD CUT DIA H/I COLOR VVS2 CLARITY 2 CT WITH 2 BAGUETTE CUT DIA F/G COLOR VS CLAR .90 CTW | $ 26,164 |
| | 2 | 1 PR LADIES 14K WG DIA EARRINGS W 2 RND VRILL CUT DIA .50CTW F/G COLOR VS2/SI1 CRADLE SCREW BACK POSTS | $ 2,234 |
| | 3 | 1 LADIES 14K BEZEL STYLE DIA PENDANT SUSPENDED ON 18K WG FINE WHEAT CHAIN 16 IN W BEZEL SET RND BRILL CUT DIA H/I COLOR VS CLARITY .62CTW | $ 3,510 |

© Chubb.2016. All rights reserved. Form no. Q1200000

Reference Copy

Masterpiece®

CHUBB®

# Additional Interests Summary

**Name and address of Insured**

WILLIAM MEDOF
ALLISON MEDOF
4715 CAMBRIDGE APPROACH CIR N
ROSWELL, GA 30075

**Page** 1
**Effective date** 3/15/24
**Policy no.** 14895096-03
**Issued by** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/15/24 to 3/15/25

**If you have any questions, please contact**
SIEGEL INSURANCE INC
2987 CLAIRMONT ROAD #425
ATLANTA, GA 30329
404.633.6332

This summary lists the Additional Interests you have requested to be shown on your policy. We notify each Additional Interest separately. Regardless of the number of Additional Interests shown on your policy, the amount of coverage for any one occurrence does not increase.

## Mortgagee

This section shows the Mortgagee(s) for your home(s) shown below.

| Address | Mortgagee |
|---|---|
| HOUSE AT<br>4715 CAMBRIDGE<br>APPROACH CIR N<br>ROSWELL, GA | QRL FINANCIAL SERVICES,<br>ISAOA/ATIMA<br>C/O LOANCARE<br>PO BOX 202049<br>FLORENCE, SC 29502<br><br>Loan Number 8000241807 |



Reference Copy

Masterpiece®

CHUBB®

# Table of Contents

**Name and address of insured**

WILLIAM MEDOF
ALLISON MEDOF
4715 CAMBRIDGE APPROACH CIR N
ROSWELL, GA 30075

**Effective date** 3/15/24
**Policy no.** 14895096-03
**Issued by** Chubb National Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 3/15/24 to 3/15/25

**If you have any questions, please contact**
SIEGEL INSURANCE INC
2987 CLAIRMONT ROAD #425
ATLANTA, GA 30329
404.633.6332

This table of contents lists your policy provisions. Please attach this table of contents to your policy so you have a current list of your coverages at all times.

## Contents


| Chapter | Edition Date | State | Page |
|---|---|---|---|
| Introduction | | | A-1 |
| Deluxe House Coverage | 05/21 | GA | B-1 |
| Deluxe Contents Coverage | 05/21 | GA | C-1 |
| Valuable Articles Coverage | 06/22 | GA | N-1 |
| Cyber Protection Coverage | 05/21 | GA | R1-1 |
| Personal Liability Coverage | 05/21 | GA | T-1 |
| Policy Terms | 08/15 | GA | Y-1 |
| Policy Information Notice | 02/14 | GA | |


© Chubb.2016. All rights reserved. Form No.Q0903000



Reference Copy

This is your Chubb Masterpiece Policy. Together with your Coverage Summary, it explains your coverages and other conditions of your insurance in detail.

This policy is a contract between you and us. **READ YOUR POLICY CAREFULLY** and keep it in a safe place.

## *Agreement*

We agree to provide the insurance described in this policy in return for your premium and compliance with the policy conditions.

## *Definitions*

In this policy, we use words in their plain English meaning. Words with special meanings are defined in the part of the policy where they are used. The few defined terms used throughout the policy are defined here:

**You** means the person named in the Coverage Summary, and a spouse who lives with that person.

**Spouse** means a partner in marriage or a partner in a civil union recognized under state law.

**We** and **us** mean the insurance company named in the Coverage Summary.

**Family member** means your relative who lives with you, or any other person under 25 in your care or your relative's care who lives with you, or a student under 25 in your care temporarily away at school who is a resident of your household.

**Policy** means your entire Masterpiece Policy, including the Coverage Summary and any Mortgagee's Coverage Summary.

**Coverage Summary** means the most recent Coverage Summary we issued to you, including any subsequent Coverage Updates.

**Occurrence** means a loss or accident to which this insurance applies occurring within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

**Business** means any employment, trade, occupation, profession, or farm operation including the raising or care of animals.

**Cyber attack** means the following malicious or fraudulent acts: unauthorized access to or use of electronic data processing property; alteration, corruption, damage, reduction in functionality, manipulation, misappropriation, theft, deletion, or destruction of electronic data processing property; transmission or introduction of a computer virus or harmful code, including ransomware, into electronic data processing property; or restriction or inhibition of access targeted at or directed against electronic data processing property.

**Cyber attack** does not mean the following non-malicious acts: human operating error or omission, including the choice of the program used, an error in setting parameters or any inappropriate single intervention by you, a family member, or a third party providing services to you; mistakes in legitimate electronic code or damage from code installed on your electronic data processing property during the manufacturing process, upgrade process, or normal maintenance; or power failure, surge or diminution of electronic systems.



© Chubb.2016. All rights reserved. Form no. 0200000

Reference Copy

Masterpiece®

**_Policy Information Notice_**

CHUBB®

IMPORTANT NOTICE

You have certain rights to review and correct or amend information in your file with the producer or the insurer. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Insurance
Attention: Policy Information
202 Hall's Mill Road
PO Box 1600
Whitehouse Station, NJ 08889-1600

Please include your policy number, policy period, and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance.

1-800-252-4670


© Chubb.2016. All rights reserved. Form no. 7300010 5/85

Reference Copy

# EXHIBIT B

CHUBB®

Central Claim Service Center
One Progress Point Parkway
O'Fallon, MO 63368
O: (800) 252-4670
F: (800) 664-5358
E: USPropertyClaims@chubb.com

Mailing Address
P.O. Box 910
O'Fallon, MO 63366

November 14, 2023

William Medof Allison Medof
4715 Cambridge Approach Cir N
Roswell, GA 30075

| | | |
|---|---|---|
| Re: | Insured: | William Medof Allison Medof |
| | Claim Number: | 040523047403 |
| | Policy Number: | 001489509603 |
| | Loss Location: | 4715 Cambridge Approach Cir N<br>Roswell, GA 30075 |
| | Date of Loss: | July 20, 2023 |
| | Insurance Company: | Chubb National Insurance Company |

Dear Mr. & Mrs. William Medof Allison Medof,

As you know, I inspected your roof located at 4715 Cambridge Approach Cir N in Roswell, Georgia for wind and hail damage on November 14, 2023. My inspection revealed that your roof is in good condition and that no wind or hail has caused damage to your roofing components where a repair or replacement would be required.

As no wind or hail damage was found during our inspection, we will close our file accordingly. If additional damage is found, please contact our office prior to the commencement of any repairs as we may request the opportunity to inspect any additional claims for damage. Please contact me directly if you have any questions or if there's anything that we may have overlooked.

For your protection, certain state laws require that we inform you of the following: Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act.

Chubb National Insurance Company must respectfully advise you that it must reserve any and all rights which may exist under the terms of the insurance contract, whether currently known or unknown, including the right to rely on all applicable exclusions and limitations on coverage. No waiver or estoppel is intended, nor should any be inferred.

If you have any questions, please contact me at (463) 271-1594 or (463) 271-1594.

Sincerely,

*Latasha Lane*

Latasha Lane

Senior Claims Specialist
Chubb National Insurance Company
(463) 271-1594 Phone
(800) 664-5358 Fax
Latasha.Lane@Chubb.com

cc: Siegel Insurance Inc
2987 Clairmont Road #425
Atlanta, GA 30329

# EXHIBIT C

HUGGINS LAW FIRM

**Foster L. Peebles, Esq.**
110 Norcross Street
Roswell, GA 30075
fpeebles@lawhuggins.com
(770) 913-6229

May 30, 2024

Chubb National Insurance Company
P.O. Box 910
O'Fallon, MO 63366

**Sent Via email:**
uspropertyclaims@chubb.com
latasha.lanes@chubb.com

Re: Named Insured(s): William Medof and Allison Medof
Claim Number: 040523047403
Date of Loss: June 14, 2020

To Whom it May Concern:

I have been retained by William Medof and Allison Medof ("The Medofs") to represent them regarding the above referenced property insurance claim. All further communication regarding this claim should be directed to my office.

**Please accept this letter as a formal demand for:**

1) Certified copy of the relevant insurance policy, to include the original policy, any renewals, and any endorsements;
2) Any written or verbal statements taken from Insured(s) as well as any of their representatives or contractors;
3) A copy of all repair estimates drafted for this Claim;
4) A copy of any and all engineer's reports, weather reports, or any other reports concerning this Claim; and
5) A record of all prior payments made on this Claim.

My client has complied with all conditions contained in the insurance policy. My client is at a loss as to why Chubb National Insurance Company ("Chubb") has not afforded the proper coverage under the applicable policy. This lack of good faith has forced The Medofs to retain my legal services in order to fairly settle their claim. It is our belief that Chubb has violated the Unfair Claims Settlement Practice Act pursuant to O.C.G.A. § 33-6-34 and has breached the insurance policy.

Bad faith claims handling triggers additional liability on your part under O.C.G.A. § 33-4-6 that includes the amount of the claim, plus a penalty of an additional fifty percent (50%) of the value of the claim and reasonable attorneys' fees and costs.

Therefore, per the enclosed spreadsheets of damages to The Medofs' property, we are hereby making formal demand that you settle the above claim for the sum of **$82,449.83, less previous payments and the applicable deductible.** The invoice & estimate of damages is

attached for your review. This demand is being made pursuant to O.C.G.A. § 33-4-6, and you have sixty (60) days in which to make payment on this claim or be subject to a lawsuit containing a claim for breach of contract and bad faith seeking all compensation allowed by law, including attorneys' fees and a penalty of fifty percent (50%) of the loss amount.

This letter constitutes a "proper demand" for payment under O.C.G.A. § 33-4-6. If you contend that a proper demand has not been made, you must immediately notify us of the reasons for such an allegation. Otherwise, it will be assumed you agree this letter constitutes a proper demand.

The purpose of this correspondence is to encourage Chubb to resolve The Medofs' claim in a fair and equitable manner in hopes of avoiding litigation. If you fail to respond to this letter with an offer of settlement that is acceptable to The Medofs, we will have no alternative other than recommending to The Medofs that a lawsuit be filed against you.

Payment must be received in my office within sixty (60) days of your receipt of this letter in order to avoid a suit for bad faith penalties and attorney's fees. Any check issued should list Huggins Law Firm, LLC as sole payee. Any objection to these payment terms shall be submitted in writing to Huggins Law Firm, LLC within 10 days of receipt of this letter.

I look forward to working with you to resolve this matter quickly and amicably. Please feel free to contact me should you have any questions regarding this formal 60-day demand. Should you have any questions or concerns, please reach out to me at fpeebles@lawhuggins.com or by phone at (770) 913-6229.

Sincerely,

Foster L. Peebles, Esq.
Attorney at Law

FLP/aak
Encl.

**Clear Skies Restoration**

2475 Northwinds Pkwy
Suite 200
Alpharetta, GA 30009

| | | | |
|---|---|---|---|
| Insured: | William Medof | Cellular: | (404) 723-0501 |
| Property: | 4715 Cambridge Approach Cir<br>Roswell, GA 30075 | E-mail: | bmedof@gmail.com |
| Claim Rep.: | Brett Levine | Cellular: | (404) 552-8142 |
| Company: | Clear Skies Restoration | E-mail: | brett@csrlocal.com |
| Estimator: | VJ Hans | E-mail: | vj@csrlocal.com |
| Company: | Clear Skies Restoration | | |

**Claim Number:** 040523047403 **Policy Number:** **Type of Loss:** Windstorm and Hail

| | | | |
|---|---|---|---|
| Date of Loss: | | Date Received: | |
| Date Inspected: | | Date Entered: | 2/10/2024 4:17 PM |

| | |
|---|---|
| Price List: | GAAT8X_FEB24<br>Restoration/Service/Remodel |
| Estimate: | WILLIAM_MEDOF |

**Clear Skies Restoration**

2475 Northwinds Pkwy
Suite 200
Alpharetta, GA 30009

**WILLIAM_MEDOF**

**Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Remove Laminated - comp. shingle rfg. - w/ felt | 69.90 SQ | 66.61 | 0.00 | 931.20 | 5,587.24 | (0.00) | 5,587.24 |
| 2. Laminated - comp. shingle rfg. - w/out felt | 82.00 SQ | 269.45 | 773.40 | 4,573.66 | 27,441.96 | (0.00) | 27,441.96 |
| 3. Roofing felt - 15 lb. | 69.90 SQ | 38.64 | 41.23 | 548.42 | 3,290.59 | (0.00) | 3,290.59 |
| 4. Ice & water barrier | 428.00 SF | 1.92 | 17.25 | 167.82 | 1,006.83 | (0.00) | 1,006.83 |
| Valley lining | | | | | | | |
| 5. Asphalt starter - universal starter course | 562.11 LF | 2.27 | 24.83 | 260.16 | 1,560.98 | (0.00) | 1,560.98 |
| 6. Drip edge | 562.11 LF | 3.17 | 52.71 | 366.92 | 2,201.52 | (0.00) | 2,201.52 |
| GA Building Code Requirement | | | | | | | |
| 7. Power attic vent cover only - metal | 2.00 EA | 108.17 | 5.54 | 44.36 | 266.24 | (0.00) | 266.24 |
| 8. Roof vent - turtle type - Metal | 2.00 EA | 82.77 | 4.76 | 34.06 | 204.36 | (0.00) | 204.36 |
| 9. Flashing - pipe jack | 3.00 EA | 55.59 | 3.85 | 34.14 | 204.76 | (0.00) | 204.76 |
| 10. R&R Furnace vent - rain cap and storm collar, 6" | 2.00 EA | 101.01 | 6.45 | 41.70 | 250.17 | (0.00) | 250.17 |
| 11. R&R Furnace vent - rain cap and storm collar, 5" | 1.00 EA | 93.83 | 2.67 | 19.30 | 115.80 | (0.00) | 115.80 |
| 12. Remove Additional charge for steep roof - 7/12 to 9/12 slope | 5.60 SQ | 15.67 | 0.00 | 17.56 | 105.31 | (0.00) | 105.31 |
| 13. Additional charge for steep roof - 7/12 to 9/12 slope | 5.60 SQ | 54.64 | 0.00 | 61.20 | 367.18 | (0.00) | 367.18 |
| 14. Remove Additional charge for steep roof - 10/12 - 12/12 slope | 24.00 SQ | 24.62 | 0.00 | 118.18 | 709.06 | (0.00) | 709.06 |
| 15. Additional charge for steep roof - 10/12 - 12/12 slope | 24.00 SQ | 85.88 | 0.00 | 412.22 | 2,473.34 | (0.00) | 2,473.34 |
| 16. Remove Additional charge for steep roof greater than 12/12 slope | 35.00 SQ | 30.56 | 0.00 | 213.92 | 1,283.52 | (0.00) | 1,283.52 |
| 17. Additional charge for steep roof greater than 12/12 slope | 35.00 SQ | 108.60 | 0.00 | 760.20 | 4,561.20 | (0.00) | 4,561.20 |
| 18. Remove Additional charge for high roof (2 stories or greater) | 56.00 SQ | 5.91 | 0.00 | 66.20 | 397.16 | (0.00) | 397.16 |
| 19. Additional charge for high roof (2 stories or greater) | 56.00 SQ | 24.13 | 0.00 | 270.26 | 1,621.54 | (0.00) | 1,621.54 |
| 20. Fall protection harness and lanyard (per day) | 30.00 DA | 8.00 | 0.00 | 48.00 | 288.00 | (0.00) | 288.00 |
| 10 workers x 3 days. | | | | | | | |
| **Totals: Roof** | | | **932.69** | **8,989.48** | **53,936.76** | **0.00** | **53,936.76** |

**Gutters**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 21. R&R Gutter - aluminum - 6"* | 379.00 LF | 14.13 | 242.03 | 1,119.44 | 6,716.74 | (0.00) | 6,716.74 |

**Clear Skies Restoration**

2475 Northwinds Pkwy
Suite 200
Alpharetta, GA 30009

**CONTINUED - Gutters**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 22. R&R Downspout - round - aluminum - 6"* | 225.00 LF | 16.12 | 181.52 | 761.70 | 4,570.22 | (0.00) | 4,570.22 |
| **Totals: Gutters** | | | **423.55** | **1,881.14** | **11,286.96** | **0.00** | **11,286.96** |

**Metal Roofing**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 23. Roofing (Bid Item) | 1.00 EA | 14,250.00 | 0.00 | 2,850.00 | 17,100.00 | (0.00) | 17,100.00 |

Labor and Materials to complete the following work:

>Removal, fabrication, and installation of three copper cornice returns (2 stories or greater)
>Removal, fabrication, and installation of three copper cornice returns
>Removal, fabrication, and installation copper water table over front bay window
>Removal, fabrication, and installation of copper barrel dormer in front of the home above garage
>Removal, fabrication, and installation of standing seam metal roof above front door

| | | | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Metal Roofing** | | | **0.00** | **2,850.00** | **17,100.00** | **0.00** | **17,100.00** |

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 24. Heat, vent, & air cond. labor minimum | 1.00 EA | 105.09 | 0.00 | 21.02 | 126.11 | (0.00) | 126.11 |
| **Totals: Labor Minimums Applied** | | | **0.00** | **21.02** | **126.11** | **0.00** | **126.11** |
| **Line Item Totals: WILLIAM_MEDOF** | | | **1,356.24** | **13,741.64** | **82,449.83** | **0.00** | **82,449.83** |

Clear Skies Restoration

2475 Northwinds Pkwy
Suite 200
Alpharetta, GA 30009

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 67,351.95 |
| Material Sales Tax | 1,356.24 |
| Subtotal | 68,708.19 |
| Overhead | 6,870.82 |
| Profit | 6,870.82 |
| **Replacement Cost Value** | **$82,449.83** |
| **Net Claim** | **$82,449.83** |

VJ Hans

**Clear Skies Restoration**

2475 Northwinds Pkwy
Suite 200
Alpharetta, GA 30009

## Recap by Category

| O&P Items | Total | % |
|---|---|---|
| GENERAL DEMOLITION | 7,109.47 | 8.62% |
| HEAT, VENT & AIR CONDITIONING | 364.94 | 0.44% |
| ROOFING | 50,993.51 | 61.85% |
| SCAFFOLDING | 240.00 | 0.29% |
| SOFFIT, FASCIA, & GUTTER | 8,644.03 | 10.48% |
| O&P Items Subtotal | 67,351.95 | 81.69% |
| Material Sales Tax | 1,356.24 | 1.64% |
| Overhead | 6,870.82 | 8.33% |
| Profit | 6,870.82 | 8.33% |
| Total | 82,449.83 | 100.00% |