# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| WILLIAM MEDOF AND ALLISON MEDOF, ) ) ) Plaintiffs, ) ) v. ) ) CHUBB NATIONAL INSURANCE ) COMPANY D/B/A CHUBB INDEMNITY ) INSURANCE COMPANY, ) ) Defendant. ) ) | CIVIL ACTION FILE NO. 1:24-cv-04239-SCJ |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW William Medof and Allison Medof, Plaintiffs in the above-styled matter, and hereby dismiss Plaintiffs' claims with prejudice against Defendant Chubb National Insurance Company, with each party to bear his or her own costs and fees.

Respectfully submitted, this 28th day of July, 2025.

| | |
|---|---|
| COZEN O'CONNOR | HUGGINS LAW FIRM, LLC |
| /s/ Alycen A. Moss | /s/ Foster L. Peebles |
| *(Signed by Foster L. Peebles with express permission)* | Michael D. Turner, Esq. |
| Alycen A. Moss | Georgia Bar No.: 216414 |
| Georgia Bar No. 002598 | Foster L. Peebles |
| Elliot Kerzner | Georgia Bar No. 410852 |
| Georgia Bar No. 225221 | ***Attorneys for Plaintiffs*** |
| ***Attorneys for Defendant*** | |
| | 110 Norcross Street |

The Promenade, Suite 400
1230 Peachtree Street NE
Atlanta, Georgia 30309
(404) 572-2070
amoss@cozen.com
akerzner@cozen.com

Roswell, Georgia 30075
(770) 913-6229

mdturner@lawhuggins.com
fpeebles@lawhuggins.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing ***Stipulation of Voluntary Dismissal With Prejudice*** with the Clerk of Court via CM/ECF, and will serve a true and correct copy of the same upon the following:

**Alycen A. Moss**
**Georgia Bar No. 002598**
**Elliot Kerzner**
**Cozen O'Connor**
**The Promenade, Suite 400**
**1230 Peachtree Street NE**
**Atlanta, Georgia 30309**
**(404) 572-2070**
amoss@cozen.com
akerzner@cozen.com

Respectfully submitted, this 28th day of July, 2025.

**THE HUGGINS LAW FIRM, LLC**

*/s/ Foster L. Peebles*
Michael D. Turner, Esq.
Georgia Bar No.: 216414
Foster L. Peebles, Esq.
Georgia Bar No.: 410852

110 Norcross Street
Roswell, GA 30075
(770) 913-6229
(e) mdturner@lawhuggins.com
(e) fpeebles@lawhuggins.com

*Attorneys for the Plaintiff*